# Exhibit 6



SRIPLAW, P.A.
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350

Adlife Marketing & Communications Co., Inc.
38 Church Street
Pawtucket, RI 02860

## Invoice

| | |
|---|---|
| Invoice Number | 35693 |
| Invoice Date | 07/23/2021 |
| Payment Due On | 08/12/2021 |
| **Amount Due** | **$5,749.00** |

# 00638-0020 - Adlife Marketing & Communications Co., Inc. v. AD Post Graphics Media Marketing, Inc.

Copyright Infringement Adlife Individually PENNSYLVANIA

## Fees

| Date | Description | Staff | Rate | Hours | Total |
|---|---|---|---|---|---|
| 12/03/2020 | Services provided on 12/3/2020<br>- Notice of Appearance - JAD created (0.10hrs)<br>- Matter admin (0.10hrs) | JCJ | $200.00 | 0.20 | $40.00 |
| 12/09/2020 | Services provided on 12/9/2020<br>- 1 email sent/reviewed regarding Adlife Marketing & Communications Co., Inc. v. AD Post Graphics Media Marketing, Inc. Case No. 1:19-cv-01701-JEJ (0.10hrs)<br>- 2 emails sent/reviewed regarding Adlife Marketing v. AD Post Graphics Media Marketing, 1:19-1701 Middle District of Pennsylvania (Email exchange with clerk, Amanda Gaynor re prior attorney's default filing, and our intent to file an amended complaint.) (0.40hrs) | JAD | $450.00 | 0.50 | $225.00 |

| Date | Description | Staff | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/18/2021 | Services provided on 1/18/2021<br>- Email attachment reviewed - 093019 - Kennies Marketplace Infringements (0.10hrs)<br>- DE 1 - Review COMPLAINT against All Defendants ( Filing fee $400 Receipt Number 0314-4886 reviewed (0.50hrs)<br>- DE 1-2 - Exhibit(s) reviewed (0.10hrs)<br>- DE 8 - SUMMONS Returned Executed by Adlife Marketing And Communications Compay INC reviewed (0.10hrs)<br>- 9 emails sent/reviewed regarding Adlife Marketing & Communications Co., Inc. v. AD Post Graphics Media Marketing, Inc. Case No. 1:19-cv-01701-JEJ (Research and guidelines for drafting Amended Complaint and all docs for filing) (0.80hrs) | JAD | $450.00 | 1.60 | $720.00 |
| 01/19/2021 | Services provided on 1/19/2021<br>- 1 email sent/reviewed regarding Adlife Marketing & Communications Co., Inc. v. AD Post Graphics Media Marketing, Inc. Case No. 1:19-cv-01701-JEJ (0.20hrs) | JAD | $450.00 | 0.20 | $90.00 |
| 01/26/2021 | Services provided on 1/26/2021<br>- 2 emails sent/reviewed regarding Adlife Marketing & Communications Co., Inc. v. AD Post Graphics Media Marketing, Inc. Case No. 1:19-cv-01701-JEJ (0.20hrs) | JAD | $450.00 | 0.20 | $90.00 |
| 01/27/2021 | Services provided on 1/27/2021<br>- 1 email sent/reviewed regarding AD POST Docs - PA Div of Corp - Adlife Marketing & Communications Co., Inc. v. AD Post Graphics Media Marketing, Inc. Case No. 1:19-cv-01701-JEJ (0.30hrs)<br>- Matter admin (0.10hrs) | JAD | $450.00 | 0.40 | $180.00 |
| 02/02/2021 | Services provided on 2/2/2021<br>- 8 emails sent/reviewed regarding Adlife Marketing & Communications Co., Inc. v. AD Post Graphics Media Marketing, Inc. Case No. 1:19-cv-01701-JEJ (0.40hrs) | JAD | $450.00 | 0.40 | $180.00 |

| Date | Description | Attorney | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 02/10/2021 | Services provided on 2/10/2021<br>- 1 email sent/reviewed regarding 1st Amended Complaint for Review - Adlife Marketing & Communications Co., Inc. v. AD Post Graphics Media Marketing, Inc. & AD Post Graphics, Inc. Case No. 1:19-cv-01701-JEJ (0.10hrs) | JAD | $450.00 | 0.10 | $45.00 |
| 02/11/2021 | Services provided on 2/11/2021<br>- 1 email sent/reviewed regarding Adlife Marketing & Communications Co., Inc. v. AD Post Graphics Media Marketing, Inc. Case No. 1:19-cv-01701-JEJ (0.10hrs) | JAD | $450.00 | 0.10 | $45.00 |
| 02/22/2021 | Services provided on 2/22/2021<br>- Matter admin (0.10hrs) | JCJ | $200.00 | 0.10 | $20.00 |
| 02/22/2021 | Services provided on 2/22/2021<br>- Email attachment reviewed - Motion - Withdrawal of Clerk's Default (0.10hrs)<br>- Notice - Withdrawal of Clerk's Default edited (0.10hrs)<br>- 3 emails sent/reviewed regarding 1st Amended Complaint for Review - Adlife Marketing & Communications Co., Inc. v. AD Post Graphics Media Marketing, Inc. & AD Post Graphics, Inc. Case No. 1:19-cv-01701-JEJ (0.10hrs) | JAD | $450.00 | 0.30 | $135.00 |
| 02/22/2021 | Finalize and file 1st Amended Complaint with the United States District Court for the Middle District of Pennsylvania. | MRM | $200.00 | 0.30 | $60.00 |
| 02/22/2021 | File request for issuance of summons against new Defendant, AD post Graphics, Inc. | MRM | $200.00 | 0.30 | $60.00 |
| 02/25/2021 | Services provided on 2/25/2021<br>- 1 email sent/reviewed regarding Cover Letter for Amended Complaint to 1st DEF - Adlife Marketing & Communications Co., Inc. v. AD Post Graphics Media Marketing, Inc. & AD Post Graphics, Inc. Case No. 1:19-cv-01701-JEJ (0.10hrs) | JAD | $450.00 | 0.10 | $45.00 |
| 04/06/2021 | Services provided on 4/6/2021<br>- 1 email sent/reviewed regarding Activity in Case 1:19-cv-01701-JEJ Adlife Marketing & Communications Compay, INC v. AD Post Graphics Media Marketing, INC et al Scheduling Order (0.10hrs) | JAD | $450.00 | 0.10 | $45.00 |

| Date | Description | Initials | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 04/07/2021 | Services provided on 4/7/2021<br>- 1 email sent/reviewed regarding Cert. of Service for 1st AC to 1st DEF - Adlife Marketing & Communications Co., Inc. v. AD Post Graphics Media Marketing, Inc. and AD Post Graphics, Inc. Case No.: 1:19-cv-01701-JEJ Our File: 00638-0020 (0.10hrs) | JAD | $450.00 | 0.10 | $45.00 |
| 04/28/2021 | Services provided on 4/28/2021<br>- Clerk's Default docs reviewed and approved. (0.20hrs)<br>- 1 email sent/reviewed regarding Proceed to Default? - Adlife Marketing & Communications Co., Inc. v. AD Post Graphics Media Marketing, Inc. and AD Post Graphics, Inc. Case No.: 1:19-cv-01701-JEJ Our File: 00638-0020 (0.10hrs)<br>- 1 email sent/reviewed regarding Draft of Entry of Default - Adlife Marketing & Communications Co., Inc. v. AD Post Graphics Media Marketing, Inc. and AD Post Graphics, Inc. Case No.: 1:19-cv-01701-JEJ Our File: 00638-0020 (0.10hrs) | JAD | $450.00 | 0.40 | $180.00 |
| 04/30/2021 | Finalize and File Motion for Entry of Default with the Court | MRM | $200.00 | 0.30 | $60.00 |
| 05/11/2021 | Services provided on 5/11/2021<br>- Matter admin (0.10hrs) | JCJ | $200.00 | 0.10 | $20.00 |
| 05/21/2021 | Services provided on 5/21/2021<br>- DE 0027. Clerks ENTRY OF DEFAULT as to Defendants. (2021.05.04) reviewed (0.10hrs) | JAD | $450.00 | 0.10 | $45.00 |
| 05/26/2021 | Services provided on 5/26/2021<br>- DE 0022. SCHEDULING ORDER- Case Management Conference set for 5272021 10-00 AM before Chief Judge John E. J (2021.04.06) reviewed (0.10hrs)<br>- 4 emails sent/reviewed regarding Adlife Marketing & Communications Compay, INC v. AD Post Graphics Media Marketing, INC et al (0.10hrs) | JAD | $450.00 | 0.20 | $90.00 |
| 05/26/2021 | Services provided on 5/26/2021<br>- 1 email sent/reviewed regarding Adlife Marketing & Communications Compay, INC v. AD Post Graphics Media Marketing, INC et al (0.10hrs) | LMD | $175.00 | 0.10 | $17.50 |
| 07/08/2021 | DE 0028. TEXT ORDER- CMC on 52721 is cancelled. Counsel for Plaintiff will be filing a Motion for Default J (2021.05.26) reviewed | MLS | $200.00 | 0.10 | $20.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 07/12/2021 | Motion for Entry of Clerk's Default reviewed | MLS | $200.00 | 0.10 | $20.00 |
| 07/12/2021 | Draft-Motion for Entry of Final Default edited | MLS | $200.00 | 0.70 | $140.00 |
| 07/13/2021 | Draft-Motion for Entry of Final Default edited | MLS | $200.00 | 1.50 | $300.00 |
| 07/19/2021 | Draft-Motion for Entry of Final Default edited | MLS | $200.00 | 2.10 | $420.00 |
| 07/19/2021 | Draft Declaration in Support of Motion for Final Default - Copy edited | MLS | $200.00 | 2.10 | $420.00 |
| 07/20/2021 | Services provided on 7/20/2021<br>- Albrizio Declaration edited (1.20hrs)<br>- Declaration of JAD in Support of Mtn for FINAL DEFAULT edited (0.30hrs)<br>- Draft-Motion for Entry of Final Default edited and reviewed (0.40hrs) | JAD | $450.00 | 1.90 | $855.00 |
| 07/20/2021 | Draft-Motion for Entry of Final Default edited | MLS | $200.00 | 0.10 | $20.00 |
| 07/21/2021 | Albrizio Declaration edited | MLS | $200.00 | 0.30 | $60.00 |
| 07/21/2021 | Draft-Motion for Entry of Final Default edited | MLS | $200.00 | 1.50 | $300.00 |
| 07/23/2021 | Review and Revise<br>Review and finalize all Motion for Final Default papers. | JAD | $450.00 | 1.50 | $675.00 |
| | | | | | $5,667.50 |

## Expenses

| Date | Description | Cost | Qty | Total |
|---|---|---|---|---|
| 01/27/2021 | Request for Plain Copies of filing documents for "Ad Post Graphics Media Marketing, Inc. | $6.00 | 1.00 | $6.00 |
| 03/01/2021 | Disbursement to courier for shipment of documents<br>FEDEX shipment - 1st Amended Complaint shipped to AD Post Graphics Media | $7.50 | 1.00 | $7.50 |
| 03/04/2021 | Disbursement for fee for service of process of Summons and Complaint.<br>Invoice # 2025831 dated 03/04/2021, by Harris Investigations LLC | $68.00 | 1.00 | $68.00 |
| | | | | $81.50 |

|  |  |
|---|---|
| Subtotal | $5,749.00 |
| Total | $5,749.00 |
| **Total Balance Due** | **$5,749.00** |

## Professional Fee Summary

| Name | Hours | Rate | Total |
|---|---:|---:|---:|
| JAD | 8.20 | $450.00 | $3,690.00 |
| JCJ | 0.40 | $200.00 | $80.00 |
| MLS | 8.50 | $200.00 | $1,700.00 |
| MRM | 0.90 | $200.00 | $180.00 |
| LMD | 0.10 | $175.00 | $17.50 |
| **Total** | **18.10** | | **$5,667.50** |