THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS CO., INC., | : |
| | : |
| | : CIVIL ACTION NO. 1:19-CV-1701 |
| Plaintiff, | : (JUDGE MARIANI) |
| | : |
| v. | : |
| | : |
| AD POST GRAPHICS MEDIA MARKETING, INC., and AD POST GRAPHICS, INC., | : |
| | : |
| Defendants. | : |

**ORDER**

AND NOW, THIS _21_ DAY OF DECEMBER 2023, upon consideration of Plaintiff's Motion for Entry of Final Judgment of Default Against Defendant Ad Post Graphics Media Marketing, Inc. and Ad Post Graphics, Inc. (Doc. 29) and all relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Motion for Default Judgment (Doc. 29) is **GRANTED**.

2. Plaintiff's request for injunctive relief is **GRANTED**.

3. Ad-Post Graphics Media Marketing, Inc., and Ad Post Graphics, Inc., their employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Ad-Post, are permanently enjoined from (a) directly or indirectly infringing Plaintiff's copyrights or continuing to market, offer, sell, dispose of, license, lease, transfer, publicly display, advertise, reproduce, develop, or manufacture any works derived or copied from either Plaintiff's copyrighted Works or to participate or assist in any such activity; and (b) directly or

indirectly reproducing, displaying, distributing, otherwise using, or retaining any copy, whether in physical or electronic form, of any copyrighted Works or infringing Works.

4. Defendants are **ORDERED** to pay statutory damages in the amount of $100,000.

5. Defendants are **ORDERED** to pay fees in the amount of $5,667.50 and costs in the amount of $81.50.

6. Default Judgment is entered in favor of Plaintiffs.

7. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge